# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ROSENDO CEDILLOS, JR., ET AL. | § | |
| | § | |
| v. | § | Case No. 4:11CV283 |
| | § | Judge Schneider/Judge Mazzant |
| UNITED STATES OF AMERICA, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the case be DISMISSED without prejudice, as there is no basis for the Court's jurisdiction over this matter.

The Court, having made a *de novo* review of Plaintiffs' objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that the case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

**SIGNED this 11th day of July, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE